No. 93–9676. MARCUS v. LEVIN. Ct. App. N. Y. Certiorari denied.

No. 93–9677. PETTIGREW v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9678. RICHARDSON v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 93–9679. MERRILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9680. HERNAN MONTES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9681. RODRIGUEZ v. ALFORD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 93–9682. MARQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9683. MCMILLAN v. GOMEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–9684. MCNEELY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9685. MITCHELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9686. CORONEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9687. CRAWFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9688. WASHINGTON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 93–9691. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9692. FERGUSON v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 93–9693. HARDING v. NEAL, WARDEN, ET AL. Sup. Ct. Del. Certiorari denied.